# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of January, two thousand twenty-five,

D.G. Sweigert,

    Plaintiff - Appellant,

v.

Jason Goodman, -, 21st Century 3D, CrowdSource the Truth,

    Defendants - Appellees,

Multimedia System Design, Inc., doing business as CrowdSource the Truth doing business as 21st Century 3D, Odysee Holdings, Inc., a Delaware Corporation, LBRY, Inc., a Delaware Corporation, George Webb Sweigert,

    Defendants.

**ORDER**
Docket No. 24-3255

A notice of appeal was filed on December 7, 2024. The Appellant's Acknowledgment and Notice of Appearance Form due December 30, 2024, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective February 6, 2025 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court