

24-3255

CrowdSource the Truth
208 East 51st Street Suite 200
New York, NY 10022

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: December 16, 2024
Docket #: 24-3255
Short Title: Sweigert v. Goodman

DC Docket #: 1:23-cv-6881
DC Court: SDNY (NEW YORK CITY)
Trial Judge - John G. Koeltl
Magistrate Judge - Valerie Figueredo

### NOTICE BARRING A CORPORATION FROM PROCEEDING PRO SE

A Notice of Appeal has been filed in this Court in the above referenced case naming an incorporated business as an appellate party. It appears that the corporate party is not represented by counsel in this case.

An incorporated business, even if solely owned, is prohibited from appearing pro se in this Court. See 28 U.S.C. § 1654; Berrio v. New York City Housing Authority, 564 F. 3d 130, 132-133 (2d Cir. 2009).

If an attorney admitted to practice in this Court does not file a notice of appearance on behalf of the incorporated business by January 15, 2024, the corporate party will be deemed in default on the appeal. An unrepresented corporate party's brief will not be accepted for filing and when the appeal is placed on a calendar for determination by the Court, the unrepresented corporate party will not be heard at oral argument, except by permission of the Court.

Inquiries regarding this case may be directed to .

# PUBLIC DOCKET FOR

# United States Court of Appeals for the Second Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 24-3255 | **Docketed:** 12/16/2024 |
| **Case Name:** Sweigert v. Goodman | **Status:** Open |
| **Nature of Suit:** 3890 STATUTES-Other | |
| **Appeal From:** SDNY (NEW YORK CITY) | |
| **Fee Status:** Due | |

**Case Type Information**

1. Civil
2. Private
3.

**Originating Court Information**

**District:** SDNY (NEW YORK CITY): 1:23-cv-6881

**Trial Judge:** John G. Koeltl, District Judge

**Magistrate Judge:** Valerie Figueredo, Magistrate

**Date Filed:** 08/04/2023

| Date Order/Judgment | Date Order/Judgment EOD | Date NOA Filed | Date Rec'd COA |
|---|---|---|---|
| 11/18/2024 | 11/18/2024 | 12/07/2024 | 12/09/2024 |

**Associated Cases**

**Party and Attorney Listing**

D.G. SWEIGERT
Plaintiff - Appellant

D.G. Sweigert
[Pro Se]
PMB 13339
514 Americas Way, Box
Elder, SD 57719

JASON GOODMAN, -
Defendant - Appellee

Kenneth Michael Trujillo-Jamison
Direct: 213-955-8031
[Retained]
Willenken LLP

|  |  |
|---|---|
|  | 707 Wilshire Boulevard, Suite 4100<br>Los Angeles, CA 90017 |
| 21ST CENTURY 3D<br>Defendant - Appellee | 21st Century 3D<br>[Pro Se]<br>208 East 51st Street Suite 200<br>New York, NY 10022 |
| CROWDSOURCE THE TRUTH<br>Defendant - Appellee | CrowdSource the Truth<br>[Pro Se]<br>208 East 51st Street Suite 200<br>New York, NY 10022 |
| MULTIMEDIA SYSTEM DESIGN, INC., doing business as CrowdSource the Truth doing business as 21st Century 3D<br>Defendant |  |
| ODYSEE HOLDINGS, INC., a Delaware Corporation<br>Defendant |  |
| LBRY, INC., a Delaware Corporation<br>Defendant |  |
| GEORGE WEBB SWEIGERT<br>Defendant |  |

| Docket | LEGEND:<br>(R) - Restricted Document<br>(L) - Locked Document |
|---|---|

| Date Filed | Entry # | Public Docket Text |
|---|---|---|
| 12/09/2024 | 1 | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant D.G. Sweigert, FILED. [Entered: 12/16/2024 10:35 AM] |
| 12/09/2024 | 2 | DISTRICT COURT ORDER, dated 11/18/2024, RECEIVED. [Entered: 12/16/2024 10:37 AM] |
| 12/16/2024 | 3 | CIVIL APPEAL, on behalf of Appellant D.G. Sweigert, received on 12/09/24, OPENED. [Entered: 12/16/2024 10:55 AM] |
| 12/16/2024 | 4 | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT. [Entered: 12/16/2024 11:00 AM] |
| 12/16/2024 | 5 | NON-ADMITTED ATTORNEY, Kenneth Michael Trujillo-Jamison, orally informed to apply for admission forthwith and submit Addendum A to Notice of Appearance, NOTIFIED. [Entered: 12/16/2024 11:02 AM] |

| Date Filed | Entry # | Public Docket Text |
|---|---|---|
| 12/16/2024 | 6 | NOTICE, to CrowdSource the Truth and 21st Century 3D, regarding a corporation proceeding Pro Se, and requesting a response 30 days from the date of this letter, SENT. [Entered: 12/16/2024 11:15 AM] |

*Docket as of 12/16/2024 2:37 PM*