DocuSign Envelope ID: 90EACF50-C6DE-4AFA-8BF9-76FBCFFCEACF

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT |||
|---|---|---|
| **CASE TITLE**<br>D.G. Sweigert<br>v<br>Jason Goodman | **DISTRICT**<br>S.D.N.Y. | **DOCKET NUMBER**<br>23-cv-06881-JGK-VF |
| | **JUDGE**<br>John G. Koeltl | **APPELLANT** |
| | **COURT REPORTER**<br>N/A | **PRO SE APPELLANT**<br>D.G. Sweigert |

**Check the applicable provision:**
- ☐ I am ordering a transcript.
- ☑ I am not ordering a transcript

  **Reason for not ordering a transcript:**
  - ☐ Copy is already available
  - ☑ No transcribed proceedings
  - ☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- ☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- ☐ PREPARE TRANSCRIPT OF TRIAL
- ☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- ☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (APPELLANT'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE<br>D. G. Sweigert   *David Sweigert* (DocuSigned) | DATE<br>02/02/2025   2/3/2025 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |