UNITED STATES DISTRICT COURT OF APPEALS
FOR THE SECOND CIRCUIT

| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br>Defendant | PRO SE<br><br>1:23-cv-06881-JGK-VF SDNY<br><br>Court of Appeals Docket #: 24-3255 |
|---|---|

## NOTICE TO THE CLERK

The *pro se* Appellant (undersigned) herein states that a U.S. Postal Money Order in the amount of $605.00 USD has been placed in the U.S. Mail with expedited overnight delivery to the PRO SE INTAKE desk at the U.S. District Court, S.D.N.Y., 500 Pearl Street, N.Y., N.Y. 10007.

Signed February 3, 2025

*[signature]*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1