UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE SECOND CIRCUIT

| D. G. Sweigert, | PRO SE |
|---|---|
| -against- | Court of Appeals Docket #: 24-3255 |
| Jason Goodman, | 23-cv-06881-JGK-VF SDNY |
| | Judge John G. Koeltl |

**NOTICE TO THE CLERK**

**It is hereby attested that on 2/4/2025 an overnight U.S. Mail parcel was delivered to the U.SA. District Court for the S.D.N.Y. at 4:13 pm, 2/4/2025 as shown below.**



**Hereby sworn under penalties of perjury by Appellant D. G. Sweigert on 2/5/2025.**

*D. Swt*

**D.G. SWEIGERT**

D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719

Spoliation-notice@mailbox.org