UNITED STATES DISTRICT COURT OF APPEALS
FOR THE SECOND CIRCUIT

| D. G. Sweigert, Plaintiff | PRO SE |
|---|---|
| -against- | 1:23-cv-06881-JGK-VF SDNY |
| Jason Goodman, Defendant | Court of Appeals Docket #: 24-3255 |
| | |

**NOTICE TO THE CLERK**

The *pro se* Appellant (undersigned) herein provides a true copy of the docket of the U.S. District Court, S.D.N.Y., 500 Pearl Street, N.Y., N.Y. 10007 to demonstrate appeal fees have been received.

| 12/10/2024 | | MAILING RECEIPT: Document No: 154. Mailed to: D.G. Sweigert PMB 13339 514 Americas Way, Box Elder, SD 57719. (Entered: 12/10/2024) |
|---|---|---|
| 02/03/2025 | 155 | NOTICE TO THE CLERK. Document filed by D.G. Sweigert. (jjc) (Entered: 02/04/2025) |
| 02/05/2025 | 156 | CERTIFICATE OF SERVICE. Document filed by D.G. Sweigert.. (kgo) (Entered: 02/05/2025) |
| 02/06/2025 | | USCA Appeal Fees received $ 605.00 receipt number 36961 on 2/6/2025 re: 153 Notice of Appeal filed by D.G. Sweigert..(nd) (Entered: 02/06/2025) |

Signed February 6, 2025

*D. Swt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1

## CERTIFICATE OF SERVICE

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,     Signed this 02/06/2025

*D. Sgt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339, 514 Americas Way, Box Elder, SD 57719**