United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 10, 2025
Docket #: 24-3255
Short Title: Sweigert v. Goodman

DC Docket #: 1:23-cv-6881
DC Court: SDNY (NEW YORK CITY)
Trial Judge - John G. Koeltl
Magistrate Judge - Valerie Figueredo

## NOTICE OF DEFECTIVE FILING

Om February 6, 2025 the Acknowledgment and notice of appearance, on behalf of the Appellant D.G. Sweigert, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
\_\_\_x\_\_\_ Improper proof of service *(FRAP 25)*
    \_\_\_x\_\_\_ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing

_____        Incorrect Filing Event

\_\_X\_\_\_\_        Other: **Please refile Acknowledgment and notice of appearance with a certificate of service, must properly serve to Appellee's parties: <u>Appellee Jason Goodman : Attorney Kenneth Michael Trujillo-Jamison at Willenken LLP 707 Wilshire Boulevard, Suite 4100 Los Angeles, CA 9001</u>. <u>Appellee 21st Century 3D at 208 East 51st Street Suite 200 New York, NY 10022.  Appellee CrowdSource the Truth at 208 East 51st Street Suite 200 New York, NY 10022.</u> Forms are attached for your convenience.**

      Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **March 3, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8588.