## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Sweigert v. Goodman        Docket No.: 24-3255 / 23-cv-06881-JGK

Lead Counsel of Record (name/firm) or Pro se Party (name): Pro Se D. George Sweigert

Appearance for (party/designation): none

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
- [ ] Incorrect.  Please change the following parties' designations:
    Party                             Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: D. George Sweigert
Firm: 
Address: C/O, MAILBOX, PMB 13339514 Americas Way, Box Elder, SD 5771
Telephone: _____     Fax: _____
Email: 9Spoliation-notice@mailbox.org

### RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.  The short title, docket number, and citation are: _____
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR
Signature of pro se litigant: D. George Sweigert  /s/ D. George Sweigert   2/25/25
Type or Print Name: D. George Sweigert
- [✓] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Sweigert

v.

Goodman

CERTIFICATE OF SERVICE*

Docket Number: 24-3255

I, D. Geo. Sweigert, hereby certify under penalty of perjury that on 02/25/25 (date), I served a copy of NOTICE OF APPEARANCE AND FORM D-P

(list all documents)

by (select all applicable)**

___ Personal Delivery     X  United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Jason Goodman | 252 7th Avenue, Suite 6-S | NY | NY | 10001 |
| Kenneth Michael Trujillo-Jamison | 707 Wilshire Boulevard, Suite 4100 | Los Angeles | CA | 90017 |
| 21st Century 3D | 208 East 51st Street Suite 200 | NY | NY | 10022 |
| CrowdSource the Truth | 208 East 51st Street Suite 200 | NY | NY | 10022 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

02/25/25                                    *D. Geo. Sweigert*
Today's Date                                 D. Geo. Sweigert
                                             Signature

Certificate of Service Form (Last Revised 12/2015)