# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
### FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE** <br> D.G. Sweigert <br> v <br> Jason Goodman | **DISTRICT** <br> S.D.N.Y. | **DOCKET NUMBER** <br> 23-cv-06881-JGK-VF |
| | **JUDGE** <br> John G. Koeltl | **APPELLANT** |
| | **COURT REPORTER** <br> N/A | **PRO SE APPELLANT** <br> D.G. Sweigert |

**Check the applicable provision:**
- [ ] I am ordering a transcript.
- [✓] I am not ordering a transcript

**Reason for not ordering a transcript:**
- [ ] Copy is already available
- [✓] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**  [ ] Funds    [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (APPELLANT'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

**APPELLANT'S SIGNATURE:** D. G. Sweigert /s/  
**DATE:** 02/02/2025   2/25/25

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTED | | DATE |
|---|---|---|
| | | |

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

__Sweigert__

CERTIFICATE OF SERVICE*

Docket Number: __24-3255__

v.

__Goodman__

I, __D. Geo. Sweigert__, hereby certify under penalty of perjury that
(print name)

on __02/25/25__, I served a copy of __NOTICE OF APPEARANCE__
(date)
AND FORM D-P

(list all documents)

by (select all applicable)**

___ Personal Delivery     _X_ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Jason Goodman | 252 7th Avenue, Suite 6-S | NY | NY | 10001 |
| Kenneth Michael Trujillo-Jamison | 707 Wilshire Boulevard, Suite 4100 | Los Angeles | CA | 90017 |
| 21st Century 3D | 208 East 51st Street Suite 200 | NY | NY | 10022 |
| CrowdSource the Truth | 208 East 51st Street Suite 200 | NY | NY | 10022 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__02/25/25__                     *D. Geo. Sweigert*
Today's Date                      D. Geo. Sweigert
                                  Signature

Certificate of Service Form (Last Revised 12/2015)