**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: March 3, 2025
Docket #: 24-3255
Short Title: Sweigert v. Goodman

DC Docket #: 1:23-cv-6881
DC Court: SDNY (NEW YORK CITY)
Trial Judge - John G. Koeltl
Magistrate Judge - Valerie Figueredo

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.